02-11-576-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00576-CR

 

 


 
 
 Michael Fred Wehrenberg
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

 

FROM THE 43rd
District Court OF Parker COUNTY

----------

 

MEMORANDUM
OPINION[1]

----------

 

          Appellant
Michael Fred Wehrenberg attempts to appeal from his conviction for possession
of a controlled substance, methamphetamine, of one gram or more but less than
four grams.  The trial court’s certification states that this “is a
plea-bargain case, and the defendant has NO right of appeal” and that “the
defendant has waived the right of appeal.”  See Tex. R. App. P.
25.2(a)(2).  On January 3, 2012, we notified Wehrenberg that this appeal may be
dismissed unless he or any party desiring to continue the appeal filed a
response showing grounds for continuing the appeal.  Wehrenberg’s appellate
counsel filed a response agreeing that “there is no right to appeal in this
cause”; thus, no grounds were shown for continuing the appeal.  In accordance
with the trial court’s certification, we therefore dismiss this appeal.  See
Tex. R. App. P. 25.2(d), 43.2(f).

 

 

SUE WALKER
JUSTICE

 

PANEL: 
WALKER,
MCCOY, and MEIER, JJ.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  February 2, 2012









[1]See Tex. R. App. P. 47.4.